UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WELLS FARGO BANK, N.A.,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No. 3:21-cv-1128-TJC-PDB

SHA'RON A. SIMS,

    Defendant.

## O R D E R

This case is before the Court sua sponte. Pro se defendant Sha'ron A. Sims removed the underlying state case, No. 16-2015-CA-003618, from the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida, on November 8, 2021. Doc. 1. She then filed an Amended Notice of Removal three days later. Doc. 3. This is the second time she has removed this 2015 foreclosure case. Wells Fargo Bank v. Sims, 3:21-cv-166-TJC-PDB (M.D. Fla.). The Court previously remanded the case based on numerous procedural defects. See Order Remanding Case, Doc. 16, 3:21-cv-166-TJC-PDB. Sims has appealed the Court's remand of that case in that proceeding, and the appeal is still pending. Docs. 18, 19, 3:21-cv-166-TJC-PDB.

The present Notices of Removal contain nonsensical and irrelevant arguments including whether the Court invoked equity and whether the Court's

original judgment was void. Docs. 1 at 1–2; 3 at 3–4. None of the arguments alter any of the reasons for remand in the previous case.

The Court has warned Sims that "any future misbegotten effort to invoke the Court's jurisdiction will likely lead to an award of fees." Doc. 16 at 6–7, 3:21-cv-166-TJC-PDB. Because attorneys for Wells Fargo have not yet filed notices of appearance, the Court will not impose fees at this time. However, Sims is again informed that "[a]n order remanding [a] case may require payment of just costs and any actual expenses, including attorney's fees, incurred as a result of the removal." Gonzalez v. J.C. Penney Corp., 209 F. App'x 867, 869 (11th Cir. 2006) (quoting 28 U.S.C. § 1447(c)). If Sims chooses to remove this case to federal court yet again, the Court will hear a motion from Wells Fargo for attorney's fees and costs, and will likely grant it.

Accordingly, it is hereby

**ORDERED:**

1. The case is **REMANDED** to the Fourth Judicial Circuit, in and for Duval County, Florida.

2. Defendant Sims' Motion to Pay Docketing Fees in Installments is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida the 24th day of November, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

agb

Copies:

<u>Pro se</u> plaintiff
Fourth Judicial Circuit, in and for Duval County, Florida